UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>LAWRENCE T MASICLAT and<br>MYLENE MASICLAT<br><br><br>Debtor(s)<br><br>LAWRENCE T MASICLAT and<br>MYLENE MASICLAT<br><br>Plaintiff(s)<br>CITIMORTGAGE, INC.<br><br><br>Defendant(s) | BK No.:   16-23482<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer<br><br><br>Adv. No.: 16-00666 |

## CONSENT JUDGMENT

This cause coming before the Court on Plaintiffs, LAWRENCE T MASICLAT and MYLENE MASICLAT ("Plaintiffs"), Adversary Complaint to Determine the Validity, Priority or Extent of CitiMortgage, Inc.'s Lien, the Court being fully advised in the premises, and having jurisdiction of the subject matter, IT IS HEREBY ADJUGED AND ORDERED:

1. Lawrence T Masiclat and Mylene Masiclat are owners of the property commonly known as 5721 Caribou Lane, Hoffman Estates, IL 60192.

2. U.S. Bank, N.A. holds a first mortgage lien against Subject Real Estate in the approximate amount due of $310,177.61.

3. CitiMortgage, Inc. holds a second mortgage lien against Subject Real Estate with an approximate amount due of $40,968.00.

4. Pursuant to 11 U.S.C § 1325(a)(5)(a), in an effort to resolve the subject litigation, the parties agree that CitiMortgage, Inc shall possess a secured claim against the property in the amount of $3,000.00, which shall be treated in Plaintiff's Chapter 13 Plan.

5. CitiMortgage, Inc. shall not be entitled to an unsecured claim as the debt was discharged in the Plaintiffs' prior Chapter 7 Bankruptcy case, case number 15-02788, filed in the Northern District of Illinois.

6. Upon successful completion of the Plaintiffs' Chapter 13 bankruptcy case, CitiMortgage, Inc.'s Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a) and CitiMortgage, Inc. shall file a release of mortgage with the Recorder of Deeds in the County in which the subject property is situated.

Rev: 20170308_apo

7. In the event of dismissal of Plaintiffs' Chapter 13 bankruptcy case, the adjudicated lien interest of CitiMortgage, Inc. shall be reinstated to a fully secured lien interest.

8. In the event of the sale of the property during the pendency of Plaintiffs' Chapter 13 bankruptcy case and/or the entry of an order for relief from the automatic stay by U.S. Bank, N.A. and/or its assigns or successors, the adjudicated lien interest of CitiMortgage, Inc. shall be reinstated to a fully secured lien interest.

_____
Orlando Velazquez
Counsel for Lawrence T Masiclat
and Mylene Masiclat

_____
Timothy Yueill
Counsel for CitiMortgage, Inc.

Enter:

_____
Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 8/14/17

**Prepared by:**
Orlando Velazquez #6210326
Counsel for Plaintiffs
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188

Rev: 20170308_apo